**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GST, INC.,[1] | ) ) | Case No. 25-12188 (KBO) |
| Debtor. | ) ) ) | |

*THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 23, 2025, AT 9:00 A.M. (EASTERN) BEFORE
THE HONORABLE KAREN B. OWENS AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[3]

> **This proceeding will be conducted remotely via Zoom. Please refer to Chief Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Chief Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by one-hour prior to the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

      **PLEASE TAKE NOTICE** that (i) on December 11, 2025, GST, Inc. (the "Debtor") filed the below-listed voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Court") and (ii) on December 15, 2025, the Debtor filed the below-listed *amended* voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Clerk of the Court.

      **PLEASE FURTHER TAKE NOTICE** that the Debtor continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

      **PLEASE TAKE FURTHER NOTICE** that the hearing that was previously scheduled with respect to the Petition on December 22, 2025, at 9:30 a.m. (Eastern) has been rescheduled to Tuesday, December 23, 2025, at 9:00 a.m. (Eastern) (the "First Day Hearing") before The

---

[1] The last four digits of the Debtor's taxpayer identification number are 1002. The Debtor's corporate headquarters and service address is 322 Culver Boulevard, Suite 150, Playa Del Rey, CA 90293.

[2] **Amended items appear in bold.**

[3] All First Day Pleadings and other documents referenced herein are available online, free of charge, by visiting https://cases.stretto.com/GrandSlamTrack/ or by e-mail request to GSTInquiries@stretto.com.

Honorable Karen B. Owens, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware.

**PETITION:**

1. Voluntary Chapter 11 Petition for GST, Inc. (Case No. 25-12188) [D.I. 1]

2. *Amended* Voluntary Chapter 11 Petition for GST, Inc. [D.I. 3]

**FIRST DAY PLEADINGS:**

1. Debtor's Application for Entry of an Order Authorizing the Debtor to Retain Stretto, Inc. as Claims and Noticing Agent, Effective as of the Petition Date [D.I. 4; Filed on December 18, 2025].

    Related Documents:

    A. Declaration of Sheryl Betance in Support of Debtor's Application for Appointment of Stretto, Inc. as Claims and Noticing Agent [D.I. 4-2; Filed on December 18, 2025].

    B. Certification of Counsel Submitting Revised Order Authorizing Retention and Appointment of Stretto, Inc., as Claims and Noticing Agent [D.I. 20; Filed on December 22, 2025].

    C. Supplemental Declaration of Nicholas Rubin in Support of Retention of Stretto, Inc. as Claims and Noticing Agent [D.I. 22; Filed on December 21, 2025].

2. Debtor's Motion for Entry of Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information and (II) Granting Related Relief [D.I. 5; Filed on December 18, 2025].

    Related Documents:

    A. Certification of Counsel Submitting Revised Order (I) Authorizing the Debtor to Redact Certain Personally Identifiable Information for Certain Individual Creditors and Parties-in-Interest and (II) Granting Related Relief [D.I. 21; Filed on December 22, 2025].

3. Declaration of Nicholas Rubin in Support of Certain First Day Pleadings [D.I. 6; Filed on December 18, 2025].

4. Motion of Debtor and Debtor in Possession for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Senior Secured Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 13; Filed on December 21, 2025].

Related Documents:

A. Declaration of Nicholas Rubin in Support of the Debtor's Chapter 11 Petition and First Day Motions [D.I. 14; Filed on December 21, 2025].

B. **Certification of Counsel Regarding Interim Order (I) Authorizing the Debtor to (A) Obtain Senior Secured Postpetition Financing and (B) Use Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief) [D.I. 25; Filed on December 22, 2025].**

**Status**:  These matters will be going forward.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: December 22, 2025
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/  Jason D. Angelo*
Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
Gabrielle A. Colson (No. 7179)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile:  (302) 778-7575
Email: kgwynne@reedsmith.com
Email: jangelo@reedsmith.com
Email: gcolson@reedsmith.com

- and -

David B. Golubchik, Esq. (admitted *pro hac vice*)
Krikor J. Meshefejian, Esq. (admitted *pro hac vice*)
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244
Email: dbg@lnbyg.com
Email: kjm@lnbyg.com

*Proposed Counsel for the Debtor and Debtor in Possession*