**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GST, Inc., | : | Case No. 25-12188 (KBO) |
| Debtor. | : | Notice of Appointment of Committee of Unsecured Creditors |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Momentum-CHP Partnership**, Attn: James Carr, 393 Church Street, Saratoga Springs, NY 12866, Phone: (518) 441-3124, Fax: (518) 584-0044, E-mail: jim@carr-hughes.com
2. **Girraphic Park Ltd.**, Attn: William Cromarty, 5th Floor, The Courtyard, 7 Francis Grove, London, SW19 4DW, Phone: +447768092635, E-mail: billy@girraphic.com
3. **SRK Strategies**, Attn: Ben Sosenko, 237 27th Street, Brooklyn, NY 11232, Phone: (916) 529-3641, E-mail: ben@srkstrategies.com

**ANDREW R. VARA**

**United States Trustee,
Regions 3 & 9**

/s/ *Benjamin Hackman*     for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE
benjamin.a.hackman@usdoj.gov

DATED: January 13, 2026

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491
Debtor's Proposed Counsel: Jason Angelo, Phone: (302) 778-7500, Fax: (302) 778-7575