STRETTO

**Claims Register as of 10/1/2026**
Sorted by Claim Number

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Breakaway Data, Inc | Attn: David Anderson | 128 Sierra St, Unit D | | El Segundo | CA | 90245 | | 12/17/2025 | $164,454.57 | | | | $164,454.57 |
| 2 | Bradford Capital Holdings, LP [As Assignee of Cube Services Inc] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | | 12/22/2025 | $26,680.97 | | | | $26,680.97 |
| 3 | RoverCam LLC | Attn: Deena Sheldon, Jeff Zachary | 1155 Camino Del Mar, #520 | | Del Mar | CA | 92014 | | 01/29/2026 | $57,145.59 | | | | $57,145.59 |
| 4 | Jason Holder [Jay Holder, Jason Holder Media LLC] | | Address on File | | | | | | 12/29/2025 | $12,500.00 | | | | $12,500.00 |
| 5 | Andrew Kay | | Address on File | | | | | | 12/29/2025 | $8,406.00 | | | | $8,406.00 |
| 6 | All Colors, LLC | Attn: Stepher Mittler | 425 Raritan Ave | | Highland Park | NJ | 08904 | | 12/30/2025 | $997.20 | | | | $997.20 |
| 7 | Larra Overton Tucker | | Address on File | | | | | | 12/31/2025 | $3,838.00 | | | | $3,838.00 |
| 8 | Allied Advertising Limited Partnership [Allied Global Marketing] | Attn: Jenna Miller | 101 Huntington Ave, Suite 515 | | Boston | MA | 02199 | | 01/02/2026 | $312,191.91 | | | $312,191.91 | |
| 9 | Carrie Anne Tollefson Peterson [Carrie Tollefson] | | Address on File | | | | | | 12/31/2025 | $20,192.77 | | | | $20,192.77 |
| 10 | Greenfly, Inc. | Attn: Mark Keany | 100 Wilshire Blvd Ste 700 | | Santa Monica | CA | 90401 | | 01/11/2026 | $50,000.00 | | | | $50,000.00 |
| 11 | William Morris Endeavor Entertainment, LLC [WME] | Attn: Trina Shek Rizzo; Courtney Braun | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 | | 01/13/2026 | $356,250.00 | | | | At least 356250 |
| 12 | TRC Master Fund LLC [As Assignee of Chi Bheats Music Group LLC] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | | 01/14/2026 | $50,000.00 | | | | $50,000.00 |
| 13 | Los Gweilos LLC | | Address on File | | | | | | 01/16/2026 | $155,587.58 | | | | $155,587.58 |
| 14 | Trustees of The University of Pennsylvania | Attn: Joseph Haughey | 235 S 33rd St | | Philadelphia | PA | 19104 | | 01/19/2026 | $135,400.88 | | | | $135,400.88 |
| 15 | 305 Sports Enterprises Inc. | Attn: Anthony Yero | 515 Ridgewood Road | | Key Biscayne | FL | 33149 | | 01/21/2026 | $5,000.00 | | | | $5,000.00 |
| 16 | Danielle Williams | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $58,250.00 | | | | $58,250.00 |
| 17 | Isabella Whittaker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $42,000.00 | | | | $42,000.00 |
| 18 | Whittni Morgan | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $9,250.00 | | | | $9,250.00 |
| 19 | Yared Nuguse | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $66,250.00 | | | | $66,250.00 |
| 20 | Cole Hocker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $157,500.00 | | | | $157,500.00 |
| 21 | Ky Robinson | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 22 | Emily Mackay | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 23 | Josh Kerr | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $218,750.00 | | | | $218,750.00 |
| 24 | Dylan Jacobs | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 25 | Emily Infeld | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 26 | Sage Hurta-Klecker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 27 | Natoya Goule-Toppin | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $9,250.00 | | | | $9,250.00 |
| 28 | Graham Blanks | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $6,000.00 | | | | $6,000.00 |
| 29 | Josette Andrews | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 30 | Trevor Hayes | | Address on File | | | | | | 01/22/2026 | $1,349.72 | | | | $1,349.72 |
| 31 | CRG Financial LLC [as Assignee of Ewi Worldwide, Penn Athletics, Tata Communications, and Switch Enterprises, LLC] | | 84 Herbert Ave | Bldg B Ste 202 | Closter | NJ | 07624 | | 01/23/2026 | $586,605.00 | | | | $586,605.00 |
| 32 | Two Circles, Inc. | Attn: Legal Department/Finance Department | 30 W 26th St | | New York | NY | 10010 | | 01/23/2026 | $250,000.00 | | | | $250,000.00 |
| 33 | RoverCam LLC | Attn: Deena Sheldon, Jeff Zachary | 1155 Camino Del Mar, #520 | | Del Mar | CA | 92014 | | 01/30/2026 | $46,525.49 | | | | $46,525.49 |
| 34 | AIG Property Casualty, Inc | Attn: Kevin J. Larner, Esq. | 28 Liberty Street, Floor 22 | | New York | NY | 10005 | | 02/02/2026 | $0.00 | | | | UNLIQUIDATED |
| 35 | WIT Labs, Inc. | Attn: Kendall Lang Finch | 101 Crawfords Corner Rd | Ste 4116 | Holmdel | NJ | 07733 | | 02/02/2026 | $2,500.00 | | | | $2,500.00 |
| 36 | American Express Travel Related Services Company, Inc | c/o Zwicker & Associates, P.C. | 80 Minuteman Road | PO Box 9043 | Andover | MA | 01810 | | 02/03/2026 | $344,727.82 | | | | $344,727.82 |
| 37 | Intralinks, Inc. | Attn: Umapathi Vankamaddi | 500 Totten Pond Rd | Ste 200 | Waltham | MA | 02451-1924 | | 02/05/2026 | $2,201.58 | | | | $2,201.58 |
| 38 | Level Law Limited | | Address on File | | | | | | 02/06/2026 | $0.00 | | | | GBP 14180.00 |
| 39 | Citius Mag | | Address on File | | | | | | 02/11/2026 | $272,915.80 | | | | $272,915.80 |
| 40 | Eastern Lighting Design | Attn: Matt Gordon | 97 Old Cape Road | | Kennebunkport | ME | 04046 | | 02/13/2026 | $84,362.00 | | | | $84,362.00 |
| 41 | Warner Chappell Music, Inc. | | PO Box 749938 | | Los Angeles | CA | 90074-9938 | | 02/19/2026 | $1,875.00 | | | | $1,875.00 |
| 42 | Quintal Hospitality LLC d/b/a Porch Swing Hospitality LLC | Attn: Bobby Quintal, Robert Quintal | 1908 Peniston Street | | New Orleans | LA | 70115 | | 03/03/2026 | $116,402.90 | | | | $116,402.90 |
| 43 | Allied Advertising Limited Partnership [Allied Global Marketing] | Attn: Jenna Miller | 101 Huntington Ave, Suite 515 | | Boston | MA | 02199 | | 03/11/2026 | $312,191.91 | | | | $312,191.91 |
| 44 | iHeart Media Inc. | Attn: Bad Debt Prevention | 20880 Stone Oak Parkway | 3rd Floor | San Antonio | TX | 78258 | | 03/20/2026 | $24,332.26 | | | | $24,332.26 |
| 45 | World Athletics | Attn: Karena Vleck | 6-8 Quai Antoine 1er | | Monaco | | 98007 | Monaco | 03/24/2026 | $25,000.00 | | | | $25,000.00 |
| 46 | Mountain Productions Inc | Attn: Joseph Ziobro | 80 New Frederick Street | | Wilkes-Barre | PA | 18702 | | 04/01/2026 | $87,671.00 | | | | $87,671.00 |
| 47 | Christopher Chavez | | Address on File | | | | | | 04/06/2026 | $5,290.46 | | | | $5,290.46 |
| 48 | Nozomi Tanaka | c/o Boulder Wave, Inc. | Attn: Brendan Reilly | 4703 Tantra Drive | Boulder | CO | 80305-6162 | | 04/06/2026 | $45,625.00 | | | | $45,625.00 |
| 49 | DVSport Inc | Attn: Courtney Greathouse, Keith Lowe | 240 Vista Park Drive | | Pittsburgh | PA | 15205 | | 04/07/2026 | $34,406.27 | | | | $34,406.27 |
| 50 | Samuel Chapple | | Address on File | | | | | | 04/08/2026 | $7,250.00 | | | | $7,250.00 |
| 51 | Goulston & Storrs PC | Attn: Douglas B. Rosner | One Post Office Square | 25th Floor | Boston | MA | 02109-2115 | | 04/09/2026 | $44,875.46 | | | | $44,875.46 |
| 52 | Quintal Hospitality LLC d/b/a Porch Swing Hospitality LLC | Attn: Bobby Quintal, Robert Quintal | 1908 Peniston Street | | New Orleans | LA | 70115 | | 04/13/2026 | $116,402.90 | | | | $116,402.90 |
| 53 | TMSCORPRO | Attn: Felix Torres | 12223 Highland Ave | Ste 106-866 | Rancho Cucamonga | CA | 91739 | | 04/13/2026 | $312,779.97 | | | | $312,779.97 |
| 54 | Maryland Sound International | Attn: Management | 4900 Wetheredsville Rd | Building 1B | Baltimore | MD | 21207 | | 04/14/2026 | $35,001.22 | | | | $35,001.22 |
| 55 | Rhode Meisdor | | 340 Franklin Street | Suite B | Ocoee | FL | 34761-2649 | | 04/14/2026 | $4,012.05 | | | $2,500.00 | $1,512.05 |
| 56 | W Los Angeles - West Beverly Hills | Attn: Sushant Senapati | 930 Hilgard Avenue | | Los Angeles | CA | 90024 | | 04/15/2026 | $141,687.50 | | | | $141,687.50 |
| 57 | PMY ETS USA Inc | | Address on File | | | | | | 04/16/2026 | $1,160,863.48 | | | | $1,160,863.48 |
| 58 | Eversheds Sutherland (US) LLP | Attn: Baird Fogel | 101 California St | Suite 4750 | San Francisco | CA | 94111 | | 04/16/2026 | $803,279.39 | | | | $803,279.39 |
| 59 | API Media Innovations | Attn: Jacklynn Vaillancourt | 1248 Sussex Turnpike | # C3 | Randolph | NJ | 07869 | | 04/17/2026 | $57,735.50 | | | $2,579.50 | $55,156.00 |
| 60 | The Regents of the University of California [UCLA Meyer and Renee Luskin Conference Center] | Attn: Tony Ruch, Principal Counsel, UC Legal | 1111 Franklin Street, 8th Floor | | Oakland | CA | 94607 | | 04/20/2026 | $70,398.90 | | | | $70,398.90 |
| 61 | Gold Tree PR, LLC | Attn: Ilana Taub | 11301 W Olympic Blvd | Ste 121-407 | Los Angeles | CA | 90064 | | 04/22/2026 | $9,000.00 | | | | $9,000.00 |
| 62 | Scott Ialacci p/k/a DJ Skribble | | Address on File | | | | | | 04/23/2026 | $10,000.00 | | | $10,000.00 | |
| 63 | Playbook REPS, LLC | Attn: Marc Steir, Taylor Janssen Wells | 54 Woods Dr | | Roslyn | NY | 11576 | | 04/23/2026 | $25,000.00 | | | | $25,000.00 |
| 64 | AstroTurf Corporation | c/o Thompson Hine LLP | Attn: Sean A. Gordon | Two Alliance Center, 3560 Lenox Road Suite 1600 | Atlanta | GA | 30326-4266 | | 04/24/2026 | $350,000.00 | | | | $350,000.00 |
| 65 | Stan Stanski | | Address on File | | | | | | 04/27/2026 | $8,500.00 | | | | $8,500.00 |

STRETTO

**Claims Register as of 10/1/2026**
Sorted by Claim Number

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | Josh Glass | | Address on File | | | | | | 04/27/2026 | $30,306.71 | | $30,306.71 | | |
| 67 | e360 Sport | Attn: Tony Vigon | 1150 Wilmette Ave. | Suite 6 | Wilmette | IL | 60093 | | 04/27/2026 | $92,333.00 | | | | $92,333.00 |
| 68 | iExcel LLC | Attn: Bradley De wet, Chris Rodriguez | 1629 K St NW | Ste 300 | Washington | DC | 20006-1631 | | 04/28/2026 | $24,999.75 | | | | $24,999.75 |
| 69 | IPrint Group of Companies Limited | Attn: Zattania Dowe Mitchell | 21-25 Old Hope Rd | | Kingston | JM | 00000 | Jamaica | 05/04/2026 | $29,181.65 | | | | $29,181.65 |
| 70 | BRK Presenting Limited | c/o M&C Saatchi Merlin | Attn: Bhavik Shalesh Patel | 36 Golden Square | London | | W1F 9EE | United Kingdom | 05/12/2026 | $10,000.00 | | | | $10,000.00 |
| 71 | SaltBox | Attn: Neil P Jamieson | 140 Bunker Hill Rd | | Canton | CT | 06019-3717 | | 05/15/2026 | $15,000.00 | | | | $15,000.00 |
| 72 | Harris Patel | | Address on File | | | | | | 05/20/2026 | $1,259.87 | | | | $1,259.87 |
| 73 | DSRC Management Inc. Doug Simon | | Address on File | | | | | | 06/17/2026 | $6,600.00 | | | $6,000.00 | $600.00 |
| 74 | Elva Salcido | | Address on File | | | | | | 06/23/2026 | $2,728.72 | | | | $2,728.72 |
| 75 | Iconic Media Group Ltd | Attn: Yvonne Lavin | 22 Princes Street | | London | | W1B 2LU | United Kingdom | 06/25/2026 | $0.00 | | | | GBP £333332.00 |

STRETTO

**Claims Register as of 10/1/2026**

Sorted Alphabetically

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 305 Sports Enterprises Inc. | Attn: Anthony Yero | 515 Ridgewood Road | | Key Biscayne | FL | 33149 | | 01/21/2026 | $5,000.00 | | | | $5,000.00 |
| 34 | AIG Property Casualty, Inc | Attn: Kevin J. Larner, Esq. | 28 Liberty Street, Floor 22 | | New York | NY | 10005 | | 02/02/2026 | $0.00 | | | | UNLIQUIDATED |
| 6 | All Colors, LLC | Attn: Stepher Mittler | 425 Raritan Ave | | Highland Park | NJ | 08904 | | 12/30/2025 | $997.20 | | | | $997.20 |
| 8 | Allied Advertising Limited Partnership [Allied Global Marketing] | Attn: Jenna Miller | 101 Huntington Ave, Suite 515 | | Boston | MA | 02199 | | 01/02/2026 | $312,191.91 | | | $312,191.91 | |
| 43 | Allied Advertising Limited Partnership [Allied Global Marketing] | Attn: Jenna Miller | 101 Huntington Ave, Suite 515 | | Boston | MA | 02199 | | 03/11/2026 | $312,191.91 | | | | $312,191.91 |
| 36 | American Express Travel Related Services Company, Inc | c/o Zwicker & Associates, P.C. | 80 Minuteman Road | PO Box 9043 | Andover | MA | 01810 | | 02/03/2026 | $344,727.82 | | | | $344,727.82 |
| 5 | Andrew Kay | | Address on File | | | | | | 12/29/2025 | $8,406.00 | | | | $8,406.00 |
| 59 | API Media Innovations | Attn: Jacklynn Vaillancourt | 1248 Sussex Turnpike | # C3 | Randolph | NJ | 07869 | | 04/17/2026 | $57,735.50 | | | $2,579.50 | $55,156.00 |
| 64 | AstroTurf Corporation | c/o Thompson Hine LLP | Attn: Sean A. Gordon | Two Alliance Center, 3560 Lenox Road Suite 1600 | Atlanta | GA | 30326-4266 | | 04/24/2026 | $350,000.00 | | | | $350,000.00 |
| 2 | Bradford Capital Holdings, LP [As Assignee of Cube Services Inc] | c/o Bradford Capital Management, LLC | Attn: Brian Brager | PO Box 4353 | Clifton | NJ | 07012 | | 12/22/2025 | $26,680.97 | | | | $26,680.97 |
| 1 | Breakaway Data, Inc | Attn: David Anderson | 128 Sierra St, Unit D | | El Segundo | CA | 90245 | | 12/17/2025 | $164,454.57 | | | | $164,454.57 |
| 70 | BRK Presenting Limited | c/o M&C Saatchi Merlin | Attn: Bhavik Shalesh Patel | 36 Golden Square | London | | W1F 9EE | United Kingdom | 05/12/2026 | $10,000.00 | | | | $10,000.00 |
| 9 | Carrie Anne Tollefson Peterson [Carrie Tollefson] | | Address on File | | | | | | 12/31/2025 | $20,192.77 | | | | $20,192.77 |
| 47 | Christopher Chavez | | Address on File | | | | | | 04/06/2026 | $5,290.46 | | | | $5,290.46 |
| 39 | Citius Mag | | Address on File | | | | | | 02/11/2026 | $272,915.80 | | | | $272,915.80 |
| 20 | Cole Hocker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $157,500.00 | | | | $157,500.00 |
| 31 | CRG Financial LLC [as Assignee of Ewi Worldwide, Penn Athletics, Tata Communications, and Switch Enterprises, LLC] | | 84 Herbert Ave | Bldg B Ste 202 | Closter | NJ | 07624 | | 01/23/2026 | $586,605.00 | | | | $586,605.00 |
| 16 | Danielle Williams | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $58,250.00 | | | | $58,250.00 |
| 73 | DSRC Management Inc. Doug Simon | | Address on File | | | | | | 06/17/2026 | $6,600.00 | | | $6,000.00 | $600.00 |
| 49 | DVSport Inc | Attn: Courtney Greathouse, Keith Lowe | 240 Vista Park Drive | | Pittsburgh | PA | 15205 | | 04/07/2026 | $34,406.27 | | | | $34,406.27 |
| 24 | Dylan Jacobs | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 67 | e360 Sport | Attn: Tony Vigon | 1150 Wilmette Ave. | Suite 6 | Wilmette | IL | 60093 | | 04/27/2026 | $92,333.00 | | | | $92,333.00 |
| 40 | Eastern Lighting Design | Attn: Matt Gordon | 97 Old Cape Road | | Kennebunkport | ME | 04046 | | 02/13/2026 | $84,362.00 | | | | $84,362.00 |
| 74 | Elva Salcido | | Address on File | | | | | | 06/23/2026 | $2,728.72 | | | | $2,728.72 |
| 25 | Emily Infeld | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 22 | Emily Mackay | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 58 | Eversheds Sutherland (US) LLP | Attn: Baird Fogel | 101 California St | Suite 4750 | San Francisco | CA | 94111 | | 04/16/2026 | $803,279.39 | | | | $803,279.39 |
| 61 | Gold Tree PR, LLC | Attn: Ilana Taub | 11301 W Olympic Blvd | Ste 121-407 | Los Angeles | CA | 90064 | | 04/22/2026 | $9,000.00 | | | | $9,000.00 |
| 51 | Goulston & Storrs PC | Attn: Douglas B. Rosner | One Post Office Square | 25th Floor | Boston | MA | 02109-2115 | | 04/09/2026 | $44,875.46 | | | | $44,875.46 |
| 28 | Graham Blanks | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $6,000.00 | | | | $6,000.00 |
| 10 | Greenfly, Inc. | Attn: Mark Keany | 100 Wilshire Blvd Ste 700 | | Santa Monica | CA | 90401 | | 01/11/2026 | $50,000.00 | | | | $50,000.00 |
| 72 | Harris Patel | | Address on File | | | | | | 05/20/2026 | $1,259.87 | | | | $1,259.87 |
| 75 | Iconic Media Group Ltd | Attn: Yvonne Lavin | 22 Princes Street | | London | | W1B 2LU | United Kingdom | 06/25/2026 | $0.00 | | | | GBP £333332.00 |
| 68 | iExcel LLC | Attn: Bradley De wet, Chris Rodriguez | 1629 K St NW | Ste 300 | Washington | DC | 20006-1631 | | 04/28/2026 | $24,999.75 | | | | $24,999.75 |
| 44 | iHeart Media Inc. | Attn: Bad Debt Prevention | 20880 Stone Oak Parkway | 3rd Floor | San Antonio | TX | 78258 | | 03/20/2026 | $24,332.26 | | | | $24,332.26 |
| 37 | Intralinks, Inc. | Attn: Umapathi Vankamaddi | 500 Totten Pond Rd | Ste 200 | Waltham | MA | 02451-1924 | | 02/05/2026 | $2,201.58 | | | | $2,201.58 |
| 69 | IPrint Group of Companies Limited | Attn: Zattania Dowe Mitchell | 21-25 Old Hope Rd | | Kingston | JM | 00000 | Jamaica | 05/04/2026 | $29,181.65 | | | | $29,181.65 |
| 17 | Isabella Whittaker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $42,000.00 | | | | $42,000.00 |
| 4 | Jason Holder [Jay Holder, Jason Holder Media LLC] | | Address on File | | | | | | 12/29/2025 | $12,500.00 | | | | $12,500.00 |
| 29 | Josette Andrews | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 66 | Josh Glass | | Address on File | | | | | | 04/27/2026 | $30,306.71 | | $30,306.71 | | |
| 23 | Josh Kerr | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $218,750.00 | | | | $218,750.00 |
| 21 | Ky Robinson | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $8,500.00 | | | | $8,500.00 |
| 7 | Larra Overton Tucker | | Address on File | | | | | | 12/31/2025 | $3,838.00 | | | | $3,838.00 |
| 38 | Level Law Limited | | Address on File | | | | | | 02/06/2026 | $0.00 | | | | GBP 14180.00 |
| 13 | Los Gweilos LLC | | Address on File | | | | | | 01/16/2026 | $155,587.58 | | | | $155,587.58 |
| 54 | Maryland Sound International | Attn: Management | 4900 Wetheredsville Rd | Building 1B | Baltimore | MD | 21207 | | 04/14/2026 | $35,001.22 | | | | $35,001.22 |
| 46 | Mountain Productions Inc | Attn: Joseph Ziobro | 80 New Frederick Street | | Wilkes-Barre | PA | 18702 | | 04/01/2026 | $87,671.00 | | | | $87,671.00 |
| 27 | Natoya Goule-Toppin | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $9,250.00 | | | | $9,250.00 |
| 48 | Nozomi Tanaka | c/o Boulder Wave, Inc. | Attn: Brendan Reilly | 4703 Tantra Drive | Boulder | CO | 80305-6162 | | 04/06/2026 | $45,625.00 | | | | $45,625.00 |
| 63 | Playbook REPS, LLC | Attn: Marc Steir, Taylor Janssen Wells | 54 Woods Dr | | Roslyn | NY | 11576 | | 04/23/2026 | $25,000.00 | | | | $25,000.00 |
| 57 | PMY ETS USA Inc | | Address on File | | | | | | 04/16/2026 | $1,160,863.48 | | | | $1,160,863.48 |
| 42 | Quintal Hospitality LLC d/b/a Porch Swing Hospitality LLC | Attn: Bobby Quintal, Robert Quintal | 1908 Peniston Street | | New Orleans | LA | 70115 | | 03/03/2026 | $116,402.90 | | | | $116,402.90 |
| 52 | Quintal Hospitality LLC d/b/a Porch Swing Hospitality LLC | Attn: Bobby Quintal, Robert Quintal | 1908 Peniston Street | | New Orleans | LA | 70115 | | 04/13/2026 | $116,402.90 | | | | $116,402.90 |
| 55 | Rhode Meisdor | | 340 Franklin Street | Suite B | Ocoee | FL | 34761-2649 | | 04/14/2026 | $4,012.05 | | | $2,500.00 | $1,512.05 |
| 3 | RoverCam LLC | Attn: Deena Sheldon, Jeff Zachary | 1155 Camino Del Mar, #520 | | Del Mar | CA | 92014 | | 01/29/2026 | $57,145.59 | | | | $57,145.59 |
| 33 | RoverCam LLC | Attn: Deena Sheldon, Jeff Zachary | 1155 Camino Del Mar, #520 | | Del Mar | CA | 92014 | | 01/30/2026 | $46,525.49 | | | | $46,525.49 |
| 26 | Sage Hurta-Klecker | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Road | Gray | TN | 37615 | | 01/21/2026 | $13,000.00 | | | | $13,000.00 |
| 71 | SaltBox | Attn: Neil P Jamieson | 140 Bunker Hill Rd | | Canton | CT | 06019-3717 | | 05/15/2026 | $15,000.00 | | | | $15,000.00 |
| 50 | Samuel Chapple | | Address on File | | | | | | 04/08/2026 | $7,250.00 | | | | $7,250.00 |
| 62 | Scott Ialacci p/k/a DJ Skribble | | Address on File | | | | | | 04/23/2026 | $10,000.00 | | | $10,000.00 | |
| 65 | Stan Stanski | | Address on File | | | | | | 04/27/2026 | $8,500.00 | | | | $8,500.00 |
| 60 | The Regents of the University of California [UCLA Meyer and Renee Luskin Conference Center] | Attn: Tony Ruch, Principal Counsel, UC Legal | 1111 Franklin Street, 8th Floor | | Oakland | CA | 94607 | | 04/20/2026 | $70,398.90 | | | | $70,398.90 |
| 53 | TMSCORPRO | Attn: Felix Torres | 12223 Highland Ave | Ste 106-866 | Rancho Cucamonga | CA | 91739 | | 04/13/2026 | $312,779.97 | | | | $312,779.97 |
| 12 | TRC Master Fund LLC [As Assignee of Chi Bheats Music Group LLC] | Attn: Terrel Ross | PO Box 633 | | Woodmere | NY | 11598 | | 01/14/2026 | $50,000.00 | | | | $50,000.00 |

STRETTO

**Claims Register as of 10/1/2026**
Sorted Alphabetically

| Claim No. | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Trevor Hayes | | Address on File | | | | | | 01/22/2026 | $1,349.72 | | | | $1,349.72 |
| 14 | Trustees of The University of Pennsylvania | Attn: Joseph Haughey | 235 S 33rd St | | Philadelphia | PA | 19104 | | 01/19/2026 | $135,400.88 | | | | $135,400.88 |
| 32 | Two Circles, Inc. | Attn: Legal Department/Finance Department | 30 W 26th St | | New York | NY | 10010 | | 01/23/2026 | $250,000.00 | | | | $250,000.00 |
| 56 | W Los Angeles - West Beverly Hills | Attn: Sushant Senapati | 930 Hilgard Avenue | | Los Angeles | CA | 90024 | | 04/15/2026 | $141,687.50 | | | | $141,687.50 |
| 41 | Warner Chappell Music, Inc. | | PO Box 749938 | | Los Angeles | CA | 90074-9938 | | 02/19/2026 | $1,875.00 | | | | $1,875.00 |
| 18 | Whittni Morgan | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $9,250.00 | | | | $9,250.00 |
| 11 | William Morris Endeavor Entertainment, LLC [WME] | Attn: Trina Shek Rizzo; Courtney Braun | 9601 Wilshire Blvd. | | Beverly Hills | CA | 90210 | | 01/13/2026 | $356,250.00 | | | | At least 356250 |
| 35 | WIT Labs, Inc. | Attn: Kendall Lang Finch | 101 Crawfords Corner Rd | Ste 4116 | Holmdel | NJ | 07733 | | 02/02/2026 | $2,500.00 | | | | $2,500.00 |
| 45 | World Athletics | Attn: Karena Vleck | 6-8 Quai Antoine 1er | | Monaco | | 98007 | Monaco | 03/24/2026 | $25,000.00 | | | | $25,000.00 |
| 19 | Yared Nuguse | c/o Flynn Sports Group Inc | Attn: Ray Flynn | 625A Hales Chapel Rd | Gray | TN | 37615 | | 01/21/2026 | $66,250.00 | | | | $66,250.00 |