STRETTO

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF Delaware

Debtor(s):
GST, Inc.

Case No. 25-12188 (KBO)

## Claim Withdrawal Form

Text

I, Deena Sheldon, Authorized Representative of RoverCam LLC, Claimant, hereby withdraw claim number Claim #3 and Claim #33, for the following reason: **This withdrawal is made as a business decision and is not intended as an admission regarding the merits of the claim or the positions taken by any party.**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize Stretto to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: 10.16.26

*Deena Sheldon*
Claimant's Signature